373 A.2d 1131

Commonwealth v. Mukes, Appellant.

Submitted March 1, 1976. Allen H. Smith, for appel-

lant; Donald L. Reihart, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.